HARRIET A. DIXON, APPELLANT, *v.* DOMINICK DIXON RESPONDENT.

Judgment affirmed, with costs.

Opinion by PRATT, J.

---

EDWARD OLMSTED AND HENRIETTA C. BOOTH, SURVIVING TRUSTEES, ETC., APPELLANTS AND RESPONDENTS, *v.* GEORGE LOFFLER, APPELLANT AND RESPONDENT, IMPLEADED WITH OTHERS.

That part of judgment appealed from by plaintiff reversed, and that part appealed from by defendant Loffler affirmed, with costs.

Opinion by BARNARD, P. J.

---

ELISHA NORTON *v.* LUTHER M. SATTERLY.

Judgment affirmed, with costs.

Opinion by BARNARD, P. J.

---

SAMUEL C. EATON, TRUSTEE, ETC., RESPONDENT, *v.* THE GOODENOUGH HORSE SHOE MANUFACTURING COMPANY, APPELLANT.

Judgment affirmed, with costs.

Opinion by BARNARD, P. J.

---

N. H. ODELL, ADMINISTRATOR, *v.* DAVID CROMWELL.

Judgment affirmed, with costs.

Opinion by GILBERT, J.

---

ANNIE O'BRIEN *v.* MARGARET MARBLE.

Motion denied, without costs.

---

JOHN RICHARDSON *v.* JOSHUA DRAPER AND OTHERS.

Re-argument ordered.

---

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* ABRAM H. DAILY AND ABRAM H. DAILY, RESPONDENTS, *v.* WALTER D. LIVINGSTON, APPELLANT.

Order reversed, with $10 costs and disbursements.

Opinion by BARNARD, P. J.